IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LESTER LEE ELLIS,**                                                  **PLAINTIFF**

**v.**                      **CIVIL ACTION NO.: 3:13cv231-MPM-DAS**

**WARDEN OUTLAW and**
**MTC-MEDICAL DEPT.,**                                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, Defendant Outlaw's motion for summary judgment [22] and Defendant MTC - Medical Dept.'s motion to dismiss [26] are **GRANTED**, and the instant action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 24th day of September, 2014.

                                         /s/ Michael P. Mills
                                         **MICHAEL P. MILLS**
                                         **U.S. DISTRICT JUDGE**